## 63074. FRANTZ v. HOPKINS.

Pope, Judge.

After further consideration, we conclude that the application for interlocutory appeal in this case was improvidently granted and the appeal is, therefore, dismissed.

*Appeal dismissed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED MARCH 9, 1982.

*N. William Pettys, Jr.,* for appellant.
*Mitchell Gross,* for appellee.